UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** | 24-3518

**Case Name** | Reges v. Cauce

Hearing Location (*city*) | San Francisco

Your Name | Robert M. McKenna

List the sitting dates for the two sitting months you were asked to review:

May and June, 2025

Do you have an unresolvable conflict on any of the above dates?  ● Yes  ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

I am unavailable for oral argument for the week of June 2-6, 2025. I have previously scheduled client meetings requiring travel to the East Coast that week.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | s/Robert M. McKenna     **Date** | January 29, 2025

(use "s/[typed name]" to sign electronically-filed documents)

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 32**                                                              *New 12/01/2018*